## 11169

### MORGAN-AUSTIN CO. v. ALLISON

#### (116 S. E., 446)

APPEAL AND ERROR—EXCEPTION HELD TOO GENERAL FOR CONSIDERATION.
—An exception that the trial Court erred in holding the answer frivolous and sham is too general for consideration.

Before ANSEL, J., County Court, Greenville. May, 1922. Appeal dismissed.

Action by Morgan-Austin Co., against W. A. Allison. From an order striking out the answer and giving judgment for plaintiff, the defendant appeals.

*Messrs. Bonham & Price* and *T. H. Munro,* for appellant, cite: *Verified answer cannot be stricken out as sham:* 31 Cyc., 627. NOTE 15.

*Mr. B. A. Morgan,* for respondent, cites: *Exception too general:* 110 S. C., 282. *Exception to facts not permitted:* 108 S. C., 222. *Judge's power as to sham and frivolous answers:* 6 S. C., 113; 101 S. C., 187. *Order of Judge equivalent to amendment as to amount demanded:* 16 S. C., 361.

March 21, 1923.

The opinion of the Court was delivered by MR. CHIEF JUSTICE GARY.

The only exception herein, is as follows:

"That his Honor M. F. Ansel erred in holding that the answer of the defendant was frivolous and was sham pleading, and in not holding and finding to the contrary."

This exception is too general for consideration.

Appeal dismissed.

MESSRS. JUSTICES WATTS, FRASER, and MARION concur.

MR. JUSTICE COTHRAN did not participate.